Filed by YH D.C.

Oct 4, 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **19-20653-CR-MORENO/LOUIS**

18 U.S.C. § 876(c)
18 U.S.C. § 1038(a)(1)(A) and (c)

UNITED STATES OF AMERICA

vs.

FREDDY VELAZQUEZ,

        Defendant.

_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE
### Mailing Threatening Communications
### 18 U.S.C. § 876(c)

On or about February 15, 2019, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**FREDDY VELAZQUEZ,**

did knowingly and willfully cause to be delivered by the United States Postal Service, a communication addressed to "The Federal Courthouse" at "400 North Miami Avenue, Miami, Florida, 33132," containing a threat to injure persons and property at that address, by means of a chemical substance, in violation of Title 18, United States Code, Sections 876(c) and 2.

It is further alleged that such communication was addressed to a United States judge, a Federal law enforcement officer, and an official who is covered by Title 18, United States Code, Section 1114.

## COUNT TWO
### False Information and Hoaxes
(18 U.S.C. § 1038(a)(1)(A) and (c))

On or about February 15, 2019, in Miami-Dade County, in the Southern District of Florida, the defendant,

**FREDDY VELAZQUEZ,**

did engage in conduct with the intent to convey false and misleading information, under circumstances where such information may reasonably be believed and where such information indicated that an activity has taken place, was taking place, and will take place that would constitute a violation of Chapter 10 of Title 18, United States Code, that is, 18 U.S.C. § 175, use of a biological weapon against any person or property within the United States, in that the Defendant made statements by mail reporting the placement of chemicals at 400 North Miami Avenue, Miami, Florida, 33132, in violation of Title 18, United States Code, Sections 1038(a)(1)(A) and (c), and 2.

A TRUE BILL

FOREPERSON

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

ANDREA GOLDBARG
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

**Freddy Velazquez**

_____Defendant_____/

CASE NO._____

### CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)
- ✓ Miami
- ___ Key West
- ___ FTL
- ___ WPB
- ___ FTP

New defendant(s)           Yes ___   No ___
Number of new defendants   ___
Total number of counts     ___

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)   No
   List language and/or dialect   _____

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I    0 to 5 days      ✓
   - II   6 to 10 days     ___
   - III  11 to 20 days    ___
   - IV   21 to 60 days    ___
   - V    61 days and over ___

   (Check only one)
   - Petty    ___
   - Minor    ___
   - Misdem.  ___
   - Felony   ✓

6. Has this case previously been filed in this District Court?   (Yes or No)   No
   If yes: Judge _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   No
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?   Yes ___   No ✓

8. Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   Yes ___   No ✓

_____
Andrea Goldbarg
Assistant United States Attorney
Court ID A5502211

*Penalty Sheet(s) attached                                         REV 8/13/2018

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name:** **FREDDY VELAZQUEZ**

**Case No:**

Count #: 1

Mailing Threatening Communications

Title 18, United States Code, Section 876(c)

**\*Max. Penalty:** 10 Years' Imprisonment

Count #: 2

False Information and Hoaxes

Title 18, United States Code, Section 1038(a)(1)(A)

**\*Max. Penalty:** 5 Years' Imprisonment

\* Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.